# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Parsons Corporation ) | ASBCA No. 58911 |
| ) | |
| Under Contract No. F41624-00-D-8024 *et al.* ) | |

APPEARANCE FOR THE APPELLANT:        Kevin J. Slattum, Esq.
        Pillsbury Winthrop Shaw Pittman LLP
        Los Angeles, CA

APPEARANCES FOR THE GOVERNMENT:        E. Michael Chiaparas, Esq.
        DCMA Chief Trial Attorney
        Carol L. Matsunaga, Esq.
        Senior Trial Attorney
        Defense Contract Management Agency
        Carson, CA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 20 June 2017

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58911, Appeal of Parsons Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals